UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IOAN GEORGEL CHRISTIAN FLORE,

    Defendant.
_____/

Hon. Phillip J. Green

Case No. 1:20-mj-00192

## ORDER

Defendant appeared before me on May 28, 2020, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on May 28, 2020.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge